# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: MARCHIONDA, PETE | § Case No. 13-21016-CMB |
| MARCHIONDA, LISA A | § |
| | § |
| Debtor(s) | § |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on March 08, 2013. The undersigned trustee was appointed on March 11, 2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of        $        3,000.00

   Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 20.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]      $ | 2,980.00 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 08/02/2013 and the deadline for filing governmental claims was 09/04/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $750.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $750.00, for a total compensation of $750.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/09/2013     By: /s/Eric E. Bononi
                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 13-21016-CMB  
**Case Name:** MARCHIONDA, PETE  
MARCHIONDA, LISA A  
**Period Ending:** 09/09/13

**Trustee:** (580760) Eric E. Bononi  
**Filed (f) or Converted (c):** 03/08/13 (f)  
**§341(a) Meeting Date:** 05/10/13  
**Claims Bar Date:** 08/02/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Residence located at 5415 Martin Street, Aliquip<br>Imported from original petition Doc# 1 | 125,000.00 | 0.00 | | 0.00 | FA |
| 2 | Cash on hand<br>Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 3 | Checking account with ESB Bank<br>Imported from original petition Doc# 1 | 800.00 | 0.00 | | 0.00 | FA |
| 4 | Checking account with Huntington Bank<br>Imported from original petition Doc# 1 | 800.00 | 0.00 | | 0.00 | FA |
| 5 | Savings account with ESB Bank<br>Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 6 | Checking account with ESB Bank, Joint with mothe<br>Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 7 | Checking account with ESB Bank, UGMA for childre<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 8 | CDs with ESB Bank, Joint with Mother, on UGMA ac<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 9 | Misc. household goods, furnishings, furniture, a<br>Imported from original petition Doc# 1 | 5,000.00 | 0.00 | | 0.00 | FA |
| 10 | Clothing<br>Imported from original petition Doc# 1 | 1,000.00 | 0.00 | | 0.00 | FA |
| 11 | Diamond tennis bracelet, diamond earrings, weddi<br>Imported from original petition Doc# 1 | 2,000.00 | 0.00 | | 0.00 | FA |
| 12 | Term Life policy with Western Southern Life<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 13 | Retirement account with Touchstone Investments<br>Imported from original petition Doc# 1 | 4,795.33 | 0.00 | | 0.00 | FA |
| 14 | Retirement account with Goldman Sachs Asset Mana<br>Imported from original petition Doc# 1 | 12,530.00 | 0.00 | | 0.00 | FA |
| 15 | Pension with Crivelli's Chevrolet. Exemption tak<br>Imported from original petition Doc# 1 | Unknown | 0.00 | | 0.00 | FA |
| 16 | 401k with Paychex<br>Imported from original petition Doc# 1 | 27,093.00 | 0.00 | | 0.00 | FA |

Exhibit A

# Form 1

Page: 2

### Individual Estate Property Record and Report
### Asset Cases

**Case Number:** 13-21016-CMB  
**Case Name:** MARCHIONDA, PETE  
MARCHIONDA, LISA A  
**Period Ending:** 09/09/13

**Trustee:** (580760) Eric E. Bononi  
**Filed (f) or Converted (c):** 03/08/13 (f)  
**§341(a) Meeting Date:** 05/10/13  
**Claims Bar Date:** 08/02/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 17 | 2003 Chevrolet S10 with 79,000+ miles, fair cond<br>Imported from original petition Doc# 1 | 2,600.00 | 0.00 | | 0.00 | FA |
| 18 | 2010 Chevrolet Malibu w/ 56,000+ miles, good con<br>Imported from original petition Doc# 1 | 9,000.00 | 0.00 | | 0.00 | FA |
| 19 | STOCK AND BUSINESS INTERESTS  (u) | 0.00 | 0.00 | | 3,000.00 | FA |
| 19 | **Assets    Totals** (Excluding unknown values) | **$190,818.33** | **$0.00** | | **$3,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Response to Objection to Exemptions by Trustee filed 6/14/13  
Order Setting Hearing on Objection to Exemptions filed 5/28/13; Hearing scheduled for 6/24/13; Responses due by 6/14/13  
Objection to Exemptions filed 5/24/13  
Notice Setting Last Day to File Proofs of Claims due by 8/2/13  
Order Granting Application to Employ Eric as Attorney signed 5/1/13  
Application to Employ Eric as Attorney filed 4/30/13  
Notice of Assets filed 4/30/13

**Initial Projected Date Of Final Report (TFR):**    December 31, 2013       **Current Projected Date Of Final Report (TFR):**    December 31, 2013

Printed: 09/09/2013 08:51 AM    V.13.13

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| **Case Number:** | 13-21016-CMB | | **Trustee:** | Eric E. Bononi (580760) |
|---|---|---|---|---|
| **Case Name:** | MARCHIONDA, PETE | | **Bank Name:** | Rabobank, N.A. |
| | MARCHIONDA, LISA A | | **Account:** | ****928366 - Checking Account |
| **Taxpayer ID #:** | **-***7962 | | **Blanket Bond:** | $10,059,123.00  (per case limit) |
| **Period Ending:** | 09/09/13 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/29/13 | {19} | Pete & Lisa Marchionda | Unexempt proceeds from stock per court order | 1229-000 | 3,000.00 | | 3,000.00 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,990.00 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,980.00 |
| | | | **ACCOUNT TOTALS** | | **3,000.00** | **20.00** | **$2,980.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **3,000.00** | **20.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$3,000.00** | **$20.00** | |

Net Receipts :   3,000.00
Net Estate :   $3,000.00

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ****928366** | 3,000.00 | 20.00 | 2,980.00 |
| | $3,000.00 | $20.00 | $2,980.00 |

{} Asset reference(s)

Printed: 09/09/2013 08:51 AM     V.13.13

# EXHIBIT C- Claims Register

## Case: 13-21016-CMB  MARCHIONDA, PETE

Claims Bar Date: 08/02/13

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Eric E. Bononi<br>20 N. Pennsylvania Ave.<br>Greensburg, PA 15601<br><2100-00 Trustee Compensation>, 200 | Admin Ch. 7<br>03/08/13 | | $750.00<br>$750.00 | $0.00 | $750.00 |
| 1 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>05/07/13 | History: Details1-105/07/2013Claim #1 filed by Discover Bank, Amount claimed: $8241.18 (Wilson, Melissa )<br>-------------------------------------------------------------------------------* * * | $8,241.18<br>$8,241.18 | $0.00 | $8,241.18 |
| 2 | Huntington Natl Bk<br>Po Box 89424<br>Cleveland, OH 44101<br><4110-00 Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>, 100 | Secured<br>05/08/13 | History: Details2-105/08/2013Claim #2 filed by Huntington Natl Bk, Amount claimed: $4149.08 (Jaworski, Eric )<br>-------------------------------------------------------------------------------* * * | $4,149.08<br>$0.00 | $0.00 | $0.00 |
| 3 | Robert Prazer, O.D.<br>110 VIP Drive<br>Wexford, PA 15090<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>05/08/13 | History: Details3-105/08/2013Claim #3 filed by Robert Prazer, O.D., Amount claimed: $73.18 (skoz)<br>-------------------------------------------------------------------------------* * * | $73.18<br>$73.18 | $0.00 | $73.18 |
| 4 | Esb Bk Ellwd<br>600 Lawrence Avenue<br>Ellwood City, PA 16117<br><4110-00 Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>, 100 | Secured<br>05/10/13 | History: Details4-105/10/2013Claim #4 filed by Esb Bk Ellwd, Amount claimed: $2115.85 (skoz)<br>-------------------------------------------------------------------------------* * * | $2,115.85<br>$0.00 | $0.00 | $0.00 |
| 5 | American InfoSource LP as agent for<br>Verizon<br>PO Box 248838<br>Oklahoma City, OK 73124-8838<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>06/12/13 | History: Details5-106/12/2013Claim #5 filed by American InfoSource LP as agent for, Amount claimed: $163.63 (Walls, Lovetta )<br>-------------------------------------------------------------------------------* * * | $163.63<br>$163.63 | $0.00 | $163.63 |

# EXHIBIT C- Claims Register

## Case: 13-21016-CMB   MARCHIONDA, PETE

Claims Bar Date:  08/02/13

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 6 | Capital One, N.A. <br> Bass & Associates, P.C. <br> 3936 E. Ft. Lowell Road, Suite #200 <br> Tucson, AZ 85712 <br><br> <7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured <br> 07/23/13 | <br><br> History: Details6-107/23/2013Claim #6 filed by Capital One, N.A., Amount claimed: $122.61 (Torres, Rita ) <br> --------------------------------------------------------------------------------* * * | $122.61 <br> $122.61 | $0.00 | $122.61 |
| 7 | Capital One, N.A. <br> c o Becket and Lee LLP <br> POB 3001 <br> Malvern, PA 19355-0701 <br><br> <7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured <br> 07/29/13 | <br><br> History: Details7-107/29/2013Claim #7 filed by Capital One, N.A., Amount claimed: $362.90 (Lee, Thomas ) <br> --------------------------------------------------------------------------------* * * | $362.90 <br> $362.90 | $0.00 | $362.90 |
| 8 | Portfolio Recovery Associates, LLC <br> POB 12914 <br><br> Norfolk, VA 23541 <br><br> <7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured <br> 07/30/13 | <br><br> History: Details8-107/30/2013Claim #8 filed by Portfolio Recovery Associates, LLC, Amount claimed: $3013.38 (Garcia, Dolores ) <br> --------------------------------------------------------------------------------* * * | $3,013.38 <br> $3,013.38 | $0.00 | $3,013.38 |
| 9 | CLERK, U.S. BANKRUPTCY COURT <br> 5414 U.S. STEEL TOWER <br> 600 GRANT STREET <br> PITTSBURGH, PA 15219 <br> <2700-00  Clerk of the Court Costs (includes adversary and other filing fees)>, 200 | Admin Ch. 7 <br> 03/08/13 | <br><br> Certificate of costs | $0.00 <br> $0.00 | $0.00 | $0.00 |
| AE | Eric E. Bononi, Esquire <br> Bononi & Company, P.C. <br> 20 N. Pennsylvania Avenue, Suite 201 <br> Greensburg, PA 15601 <br> <3120-00  Attorney for Trustee Expenses (Trustee Firm)>, 200 | Admin Ch. 7 <br> 03/08/13 | <br> Attorney for Trustee Expenses | $70.18 <br> $70.18 | $0.00 | $70.18 |
| AF | Eric E. Bononi, Esquire <br> Bononi & Company, P.C. <br> 20 N. Pennsylvania Avenue, Suite 201 <br> Greensburg, PA 15601 <br> <3110-00  Attorney for Trustee Fees (Trustee Firm)>, 200 | Admin Ch. 7 <br> 03/08/13 | <br> Attorney for Trustee Fees | $1,600.00 <br> $800.00 | $0.00 | $800.00 |

**Case Total:**      $0.00      $13,597.06

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 13-21016-CMB
Case Name: MARCHIONDA, PETE
Trustee Name: Eric E. Bononi

**Balance on hand:** $ 2,980.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2 | Huntington Natl Bk | 4,149.08 | 0.00 | 0.00 | 0.00 |
| 4 | Esb Bk Ellwd | 2,115.85 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 2,980.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Eric E. Bononi | 750.00 | 0.00 | 750.00 |
| Attorney for Trustee, Fees - Eric E. Bononi, Esquire | 800.00 | 0.00 | 800.00 |
| Attorney for Trustee, Expenses - Eric E. Bononi, Esquire | 70.18 | 0.00 | 70.18 |

Total to be paid for chapter 7 administration expenses: $ 1,620.18
Remaining balance: $ 1,359.82

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 1,359.82

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 1,359.82

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 11,976.88 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 11.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 8,241.18 | 0.00 | 935.68 |
| 3 | Robert Prazer, O.D. | 73.18 | 0.00 | 8.31 |
| 5 | American InfoSource LP as agent for | 163.63 | 0.00 | 18.58 |
| 6 | Capital One, N.A. | 122.61 | 0.00 | 13.92 |
| 7 | Capital One, N.A. | 362.90 | 0.00 | 41.20 |
| 8 | Portfolio Recovery Associates, LLC | 3,013.38 | 0.00 | 342.13 |

Total to be paid for timely general unsecured claims: $ 1,359.82
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**